# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JINGJING CHEN,<br><br>   Plaintiff,<br><br>   vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:25-cv-02060-JCC<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiff Jingjing Chen ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint (**Dkt 4**), allowing up through and including December 31, 2025, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

IT IS HEREBY OREDERED that Lincoln shall file its responsive pleading no later than December 31, 2025.

DATED: November 18, 2025

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 1
Case No. 2:25-cv-02060-JCC

MAYNARD NEXSEN, P.C.
205 King Street, Suite 400 | Charleston, SC 29401
Phone: 843-720-1754 | Fax: 843-720-1777

Case 2:25-cv-02060-JCC    Document 8    Filed 11/18/25    Page 2 of 3

Presented by:

MAYNARD NEXSEN, P.C.


By: */s/ Mary Stuart King*
Mary Stuart King, WSBA #62509
205 King Street, Suite 400
Charleston, SC  29401
Telephone:  (843) 720-1754
Facsimile:  (843) 720-1777
Email:  MKing@maynardnexsen.com

*Attorneys for Defendant Lincoln National Life Insurance Company*


Approved as to Form; Presentation Waived.

MONAHAN TUCKER LAW, P.C.


By: */s/ Stacy M. Tucker*
Stacy M. Tucker, SBN 43449
14241 NE Woodinville-Duvall Road, Ste. 382
Woodinville, WA  98072
Telephone: (206) 486-3553
Facsimile: (206) 339-7155
E-mail: smtucker@mtlawpc.com

*Attorneys for Plaintiff Jingjing Chen*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
Case No. 2:25-cv-02060-JCC

MAYNARD NEXSEN, P.C.
205 King Street, Suite 400 | Charleston, SC 29401
Phone: 843-720-1754 | Fax: 843-720-1777

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2025, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT via the method(s) below upon the following parties:

Stacy M. Tucker (SBN 43449)
MONAHAN TUCKER LAW, PC
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072
Tel:      (206) 486-3553
Fax:      (206) 339-7155
Email:    smtucker@mtlawpc.com
*Attorneys for Plaintiff Jingjing Chen*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 18th day of November, 2025 at Charleston, South Carolina.

MAYNARD NEXSEN, P.C.

By: */s/ Mary Stuart King*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
Case No. 2:25-cv-02060-JCC

MAYNARD NEXSEN, P.C.
205 King Street, Suite 400 | Charleston, SC 29401
Phone: 843-720-1754 | Fax: 843-720-1777