THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JINGJING CHEN,

              Plaintiff,

    v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

              Defendant.

CASE NO. C25-2060-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 14). Plaintiff filed a complaint under the Employee Retirement Income Security Act ("ERISA"), alleging that Defendant improperly refused to pay Plaintiff short-term disability income benefits owed. (Dkt. No. 14.) Based on that report, the Court sets forth the following case management deadlines and procedures:

1. Administrative Record: The administrative record, which the parties agree governs this action, shall be lodged with the Court no later than May 29, 2026.

2. Opening Briefs on Rule 52 Cross Motions: Shall be filed no later than June 12, 2026. The page limits shall be expanded to 30 pages each.

MINUTE ORDER
C25-2060-JCC
PAGE - 1

3. <u>Response Briefs</u>: Shall be filed no later than July 10, 2026. The page limits shall be expanded to 30 pages each.

4. <u>Bench Trial</u>: This case is likely to resolve based on the filings above. If a trial is necessary, the Court sets a bench trial commencing at 9 a.m. on September 14, 2026. It will issue a scheduling order for pretrial filings, if necessary, following disposition of the Rule 52 cross motions.

DATED this 27th day of February 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C25-2060-JCC
PAGE - 2